No. 10–10915. BAUBERGER v. HAYNES, SUPERINTENDENT, WARREN CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 10–10916. AVERY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–10918. BUTLER v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Va. Certiorari denied.

No. 10–10919. ROSE v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–10920. WALLACE v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 10–10924. JENKINS v. LAVALLEY, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–10925. LANGHORNE v. DIGGS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–10926. ESTRADA-LANDERO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10927. JENKINS v. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10928. TOLBERT v. GAETZ, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–10929. VUONG v. DEXTER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10931. CURTIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10932. JOHNSON v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.